UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:96-CR-009-H-6

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| JERMAINE FARMER | |

This matter is before the Court on defendant's motion for reduction of sentence pursuant to Section 404 of the First Step Act [DE #365]. Defendant is proceeding pro se. The government is directed to respond to defendant's motion within 21 days of the filing of this order.

SO ORDERED this 21st day of January, 2021.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE