IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:96-cr-9-M-6

| UNITED STATES OF AMERICA, | |
| --- | --- |
| Plaintiff, | |
| v. | ORDER |
| JERMAINE FARMER, | |
| Defendant. | |

This matter comes before the court on Defendant's pro se motion for the transcript in connection to his September 11, 1996 sentencing hearing [DE 382]. As the clerk of court previously notified, and as Defendant already acknowledged in his motion, "the sentencing transcript was never ordered from the court reporter in this case so there was no sentencing transcript filed. The court reporter of record has retired and due to the age of the case, we are unable to fulfill your request." DE 381; DE 382. Accordingly, the motion is DENIED.

SO ORDERED this __3d__ day of May, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE